UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07mj2680 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| RICHARD W. GEARHART, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  November 19, 2007              /s/ Robert H. Rexrode, III
                                       ROBERT H. REXRODE, III
                                       Federal Defenders
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       robert_rexrode@fd.org